| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Vegas199.com, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   **46-2029480**

4. **Debtor's address**

   **Principal place of business**  
   **1771 E. Flamingo Rd., #100A**  
   **Las Vegas, NV 89119**  
   Number, Street, City, State & ZIP Code

   **Clark**  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  **Vegas199.com, LLC**   Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　5614

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **Vegas199.com, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district*?**　　*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?　_____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other　_____

**Where is the property?**　_____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency　_____
　　　　Contact name　_____
　　　　Phone　_____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Vegas199.com, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 11, 2019**
MM / DD / YYYY

X **/s/ Douglas Douglas**                    **Douglas Douglas**
Signature of authorized representative of debtor     Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Zachariah Larson**                   Date **June 11, 2019**
Signature of attorney for debtor                  MM / DD / YYYY

**Zachariah Larson 7787**
Printed name

**LARSON ZIRZOW & KAPLAN, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone **702-382-1170**    Email address **zlarson@lzklegal.com**

**7787 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vegas199.com, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **GM Financial**  **Attn: Bankruptcy Dept/Managing Agent**  **P.O. Box 183593**  **Arlington, TX 76096-3834** | | **2019 Z06 Corvette** | **Disputed** | **$170,945.00** | **$0.00** | **$170,945.00** |
| **Everest Business Funding**  **5 West 37th Street, St. 1000**  **New York, NY 10018** | | **Loan** | | | | **$150,000.00** |
| **Wells Fargo Dealer Services**  **Attn: Bankruptcy Dept/Managing Agent**  **P.O. Box 25341**  **Santa Ana, CA 92799-5341** | | **2019 ZRI Corvette** | **Disputed** | **$126,161.78** | **$0.00** | **$126,161.78** |
| **Celtic Bank**  **268 S. State Street Suite 300**  **Salt Lake City, UT 84111** | | **Term Loan and Security Agreement** | **Disputed** | **$100,000.00** | **$0.00** | **$100,000.00** |
| **Kabbage Business Loan**  **Attn: Bankruptcy Dept/Managing Agent**  **P.O. Box 77081**  **Atlanta, GA 30357** | | **Loan** | | | | **$50,000.00** |

Debtor  **Vegas199.com, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cox Business**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**PO Box 53262**<br>**Phoenix, AZ 85072-3262** | | **Vendor** | | | | $2,934.98 |
| **Spectrum Business Solutions, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**4145 S. Falkenberg Rd.**<br>**Riverview, FL 33578-8652** | | **Vendor** | | | | $249.99 |
| **Cox Business**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**PO Box 53262**<br>**Phoenix, AZ 85072-3262** | | **Vendor** | | | | $175.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Nevada

In re  **Vegas199.com, LLC**　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 11, 2019**　　　　　　　　　　**/s/ Douglas Douglas**
　　　　　　　　　　　　　　　　　　　　　　**Douglas Douglas**/**Manager**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title

Vegas199.com, LLC
1771 E. Flamingo Rd., #100A
Las Vegas, NV 89119

Zachariah Larson
LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Celtic Bank
268 S. State Street
Suite 300
Salt Lake City, UT 84111

Cox Business
Attn: Bankruptcy Dept/Managing Agent
PO Box 53262
Phoenix, AZ 85072-3262

Everest Business Funding
5 West 37th Street, St. 1000
New York, NY 10018

GM Financial
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 183593
Arlington, TX 76096-3834

Kabbage Business Loan
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 77081
Atlanta, GA 30357

Spectrum Business Solutions, Inc.
Attn: Bankruptcy Desk/Managing Agent
4145 S. Falkenberg Rd.
Riverview, FL 33578-8652

Wells Fargo Dealer Services
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 25341
Santa Ana, CA 92799-5341

Bluevine Capital, Inc.
Attn: Bankruptcy Dept/Managing Agent
401 Warren St., Ste. 300
Redwood City, CA 94063

Camden Glendale Apartments LLC
3900 San Fernando Rd.
Glendale, CA 91204

Central Plaza LLC
Attn: Bankruptcy Dept/Managing Agent
3450 Wilshire Blvd. #1200
Los Angeles, CA 90010

Charles Dunn Re Serv Inc.
800 W. 6th, Ste. 600
Los Angeles, CA 90017

MZ Properties
1771 E. Flamingo #113A
Las Vegas, NV 89119

Upland Square LLC
6450 Spring Mountain Rd., Ste. 12
Las Vegas, NV 89146

# United States Bankruptcy Court
### District of Nevada

In re: **Vegas199.com, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vegas199.com, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 11, 2019**
Date

**/s/ Zachariah Larson**
**Zachariah Larson 7787**
Signature of Attorney or Litigant
Counsel for **Vegas199.com, LLC**
**LARSON ZIRZOW & KAPLAN, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170 Fax:702-382-1169**
**zlarson@lzklegal.com**

## WRITTEN CONSENT OF THE SOLE MANGER OF
## VEGAS199.COM, LLC

The undersigned, being the sole officer and director of VEGAS199.COM, LLC, a Nevada limited liability company (the "Company"), hereby approves and adopts the following resolutions effective as of June 10, 2019:

WHEREAS, the Company is having difficulty paying day to day expenses at their current rates and needs to reorganize its corporate debt. As such, it is the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under the chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ the law firm of LARSON ZIRZOW & KAPLAN to represent it in the bankruptcy proceeding.

BE IT FURTHER RESOLVED, that DOUGLAS DOUGLAS (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps to finalize such bankruptcy filing and case;

BE IT FURTHER RESOLVED that Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, constituting all of the Directors of the Company, by execution hereof, hereby approve the foregoing as of the date first above written.

VEGAS199.COM, LLC,
a Nevada limited liability company:

By: _____
    Douglas Douglas, Manager